**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| XUANYI CHEN and JING REN, individually and as the marital community comprised thereof, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company, <br><br> Defendant. | Case No. 2:25-cv-2580-JLR <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> **(Clerk's Action Required)** |

Pursuant to the Stipulation of the Parties, all of Plaintiffs' claims against Defendant State Farm Fire and Casualty Company, this action shall be dismissed WITH PREJUDICE and without costs to any party.

**It is so Ordered.**

DONE IN OPEN COURT on this 6th day of May, 2026

_____
HONORABLE DISTRICT COURT JUDGE
JAMES L. ROBART

ORDER OF DISMISSAL WITH PREJUDICE – 1
Case No. 2:25-cv-2580-JLR

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980

Presented by:

MIX SANDERS THOMPSON, PLLC


*s/Colton J. Arias*
Colton J. Arias, WSBA No. 54082
Mix Sanders Thompson, PLLC
1601 Fifth Avenue, Suite 1800
Seattle, WA 98101
Telephone: 206-678-1000
Email: colton@mixsanders.com
Attorney for Defendant State Farm Fire
and Casualty Company

ORDER OF DISMISSAL WITH PREJUDICE – 2
Case No. 2:25-cv-2580-JLR